**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Julio SANTOS–PADILLA, also known as Santiago Guzman–Mejia, Defendant–Appellant.**

**No. 10–41201**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

July 7, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Sarah Beth Landau, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Julio Santos–Padilla has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Santos–Padilla has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Santos–Padilla's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.